People v Randel (2023 NY Slip Op 06260)

People v Randel

2023 NY Slip Op 06260

Decided on December 6, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 6, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
CHERYL E. CHAMBERS
LINDA CHRISTOPHER
JANICE A. TAYLOR, JJ.

2021-09250

[*1]The People of the State of New York, respondent,
v
Sean Randel, appellant. 

Carol Kahn, New York, NY, for appellant.
William V. Grady, District Attorney, Poughkeepsie, NY (Anna K. Diehn of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Dutchess County (Edward T. McLoughlin, J.), rendered December 3, 2021, convicting him of grand larceny in the fourth degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's contention that the County Court erred in imposing both restitution and a mandatory surcharge is unpreserved for appellate review (see People v Stebbins, 171 AD3d 1395, 1397; People v Francis, 82 AD3d 1263; People v Salmans, 49 AD3d 961, 962; People v Ziolkowski, 9 AD3d 915). In any event, the contention is without merit (see Penal Law § 60.35[6]; People v Quinones, 95 NY2d 349, 352; People v Hall, 303 AD2d 601).
The defendant's contention that the matter requires remittal to the County Court, Dutchess County, for a reconstruction hearing with regard to a purported off-the-record presentence conference is unpreserved for appellate review (see CPL 470.05[2]) and based, in part, on matter outside the record. In any event, the defendant failed to establish his entitlement to a reconstruction hearing (see People v Parris, 4 NY3d 41, 44, 49-50; see also Matter of Benjamin S., 55 NY2d 116, 120; People v Frederick, 45 NY2d 520, 526; People v Selikoff, 35 NY2d 227).
LASALLE, P.J., CHAMBERS, CHRISTOPHER and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court